**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00462-CV

### PEDRO DIAZ, Appellant

### V.

### MULIT SERVICE TECHNOLOGY SOLUTIONS CORPORATION, A MISSOURI CORPORATION, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01850-C**

## ORDER

The reporter's record in this case is overdue. By postcard dated May 23, 2017, we notified Janet Wright, Official Court Reporter for the County Court at Law No. 3, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence from Ms. Wright.

Accordingly, we **ORDER** Janet Wright, to file, within **TEN DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not requested, paid for, or made arrangements to pay for the record and has not been found entitled to proceed without payment of costs. *We notify*

*appellant that if we receive verification the reporter's record has not been requested, or that appellant has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties


/s/     CAROLYN WRIGHT
CHIEF JUSTICE